Civil Action No. 05-1625 UNA

# RECEIVED

SEP 0 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Very Respectfully

Mr. Jamaal Aki #234-427/U-96, 9/3

Correctional Treatment Facility

1901 E Street, S.E.

Washington, D.C. 20003

Date sent: 9-1-05/p.1 of 2

To: U.S. District Judge Ricardo M. Sirbina (?)

Fr: Mr. Jamaal Aki #234-427

Re: 05-1625 Request for Extension, due to BFDF not complying

Sir, you stated I could request for an extension of time on my complying to provide the court with my financial records "for the six-month period immediately proceeding the filing of this complaint". I've received the/my financial records from one facility (enclosed) but Buffalo Federal Detention Facility will not comply. So if you'll please either, send me an Order in which I could send to them so they will comply, or if you could send them an Order directly so they will comply. And still grant me the time extension due to said Facility's non-compliance. The time I spent in said Facility was from 3-3-05 to 4-29-05. But if you will waive that period, that will be appreciated as well. The non-complying Facility, and it's address is as follows.

Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, New York 14020

Also attached is a copy of the letter, I sent to said facility. I also sent them a copy of the Order you sent me. As I am sending you back a copy of the same Order.

And if you decide to grant me the extension, as well as how you will Order Buffalo Federal Detention Facility to comply with your Order; please forward me a copy of your decision. As well as if you will waive the time period that I spent in said facility. Again, I would greatly appreciate it.

Thank You So Very Much

Very Respectfully Submitted

Mr. Jamaal Aki #231-127

cc:
Hon. Ricardo M. Sirbina(?) - 1 orig ✓
Self - 2 copies

encl: 1 copy of Order
1 copy of letter I sent to Buffalo Federal Detention Facility
1 copy of Financial Statement from Five Points Correctional Fac.
1 copy of Financial Statement from Correctional Treatment Fac.

**FILED**

AUG 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

JAMAAL AKI,                                  )
                                             )
        **Plaintiff,**                     )
                                             )
        **v.**                            )    Civil Action No.   **05 1625**
                                             )
CITY OF WASHINGTON,                          )
DISTRICT OF COLUMBIA, et al.,                )
                                             )
        **Defendants.**                    )
_____      )

### ORDER

The Court has provisionally authorized the Clerk to file this action. Before the Court will

consider the Application to Proceed in Forma Pauperis and the Complaint, Plaintiff must provide

certain additional information.

In accordance with 28 U.S.C. § 1915, Plaintiff must provide the Court with a <u>certified</u> copy

of his prison trust fund account statement (or institutional equivalent), <u>including the supporting</u>

<u>ledger sheets,</u> for the <u>six-month period</u> immediately preceding the filing of this complaint, <u>obtained</u>

<u>from the appropriate official of each prison at which he is or was confined during those six months.</u>

If Plaintiff has been transferred and therefore, after a reasonable effort, is unable to obtain ledger

sheets from a previous place of confinement, he shall provide his declaration stating what efforts he

has made to obtain the ledger sheets.

The Court advises Plaintiff that federal law requires a plaintiff in a civil action to pay a filing

fee of $250.00. After receipt of the trust fund information, the Court will determine whether Plaintiff

is able to pay the entire amount in one payment. If the Court determines that Plaintiff does not have

sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee.

After payment of the initial partial filing fee, the institution will forward to the Clerk of this Court monthly payments consisting of 20 percent of the deposits made to the Plaintiff's trust fund account during the preceding month each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid in full.

Accordingly, it is

**ORDERED** that within thirty (30) days of this Order, unless an extension of time is granted, Plaintiff shall provide the above-requested information. Failure to comply with this Order will result in dismissal of this action.

_____
United States District Judge

DATE:

2

```
RUN DATE 08/08/05          CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 08:20:50                   INMATE TRANSACTIONS

                    Bookin 234427
                     Name AKI, JAMUAL
                     Race B  Sex M    DOB  04/24/62
                    Remarks INITIAL
                     Status BI Freeze N  Date 05/12/05  Time 10:48:28
               Current Balance      47.64  Location M96
```

| Date | Time | Emp | Type | Debit | Credit | Inmate BAL | Receipt |
|------|------|-----|------|-------|--------|-----------|---------|
| 05/12/05 | 10:48:30 | 547782 | Initial | | | 0.00 | F51165023 |
| Initial Bookin | | | | 234427  AKI, JAMUAL | | | |
| 05/12/05 | 10:53:24 | 547782 | Deposit | | 179.18 | 179.18 | F51165045 |
| | | | | DOC 081208233930,3941,3917,3922,3928 | | | |
| 05/19/05 | 14:05:09 | 1091 | Comm Sal | 25.01 | | 154.17 | N/A |
| 47   0 | 05/19/05 14:05 | | | AKI, JAMUAL | | | |
| 05/25/05 | 13:44:39 | 1091 | Comm Sal | 20.62 | | 133.55 | N/A |
| 47   0 | 05/25/05 13:44 | | | AKI, JAMUAL | | | |
| 06/02/05 | 14:04:41 | 1091 | Comm Sal | 24.16 | | 109.39 | N/A |
| 47   0 | 06/02/05 14:04 | | | AKI, JAMUAL | | | |
| 06/09/05 | 14:19:43 | 1091 | Comm Sal | 18.63 | | 90.76 | N/A |
| 47   0 | 06/09/05 14:19 | | | AKI, JAMUAL | | | |
| 06/16/05 | 10:35:27 | 547782 | Deposit | | 8.50 | 99.26 | F51168344 |
| | | | | COMMISSARY MAY 25, 2005 | | | |
| 06/16/05 | 12:32:09 | 1091 | Comm Sal | 19.37 | | 79.89 | N/A |
| 47   0 | 06/16/05 12:32 | | | AKI, JAMUAL | | | |
| 06/21/05 | 09:43:33 | 547782 | Deposit | | 40.00 | 119.89 | F51168684 |
| 07627485058 | | | | USPS | | | |
| 06/23/05 | 12:06:59 | 1091 | Comm Sal | 23.01 | | 96.88 | N/A |
| 47   0 | 06/23/05 12:06 | | | AKI, JAMUAL | | | |
| 07/07/05 | 12:20:43 | 1091 | Comm Sal | 16.22 | | 80.66 | N/A |
| 47   0 | 07/07/05 12:20 | | | AKI, JAMUAL | | | |
| 07/19/05 | 10:44:05 | 1091 | Comm Sal | 18.32 | | 62.34 | N/A |
| 47   0 | 07/19/05 10:44 | | | AKI, JAMUAL | | | |
| 07/28/05 | 10:48:49 | 547782 | Deposit | | 2.50 | 64.84 | F51172377 |
| | | | | COMMISSARY REFUND 7-07-05 | | | |
| 07/28/05 | 14:46:25 | 2513 | Comm Sal | 17.20 | | 47.64 | N/A |
| 47   0 | 07/28/05 14:46 | | | AKI, JAMUAL | | | |

Inmate Signature _____

LaDarz Hunt
accounting clerk
Corrections Corp of America    8/8/05

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                              FIVE POINTS CORRECTIONAL FACILITY
                       INMATE STATEMENT FOR THE PERIOD 10/31/04 THRU 10/29/04
*****************************************************************************************
*                                                                                      *
* NAME: MUHAMMAD JAMAL A    DEPT ID: 00A6346    CELL LOC: 10-A1-24B    NYSID: 9106559L  *
*                                                                                      *
*****************************************************************************************
```

| FACILITY | DATE | TRANSACTION (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEMIDE SPENDABLE |
|---|---|---|---|---|---|---|---|
| FIVE POINTS | | STARTING BALANCE AT FIVE POINTS | | | | 103.22 | 4.75 |
| FIVE POINTS | | BALANCE FORWARD | | | | | |
| FIVE POINTS | 10/07/04 | PAYROLL RCPT | 342201 | 2.37 | | 1.12 | 6.00 |
| FIVE POINTS | 10/07/04 | PAYROLL RCPT | 342202 | 2.37 | | 1.12 | 7.25 |
| FIVE POINTS | 10/12/04 | COMM BUY | | | | 1.00 | 4.25 |
| FIVE POINTS | 10/14/04 | PAYROLL RCPT | 342201 | 2.37 | | 1.12 | 5.74 |
| FIVE POINTS | 10/14/04 | PAYROLL RCPT | 342202 | 2.37 | 2.76 | 1.12 | 112.32 |
| FIVE POINTS | 10/20/04 | MAIL RECEIPT | A52160 | 23.99 | | 23.99 | 112.69 |
| FIVE POINTS | 10/21/04 | PAYROLL RCPT | 342201 | 1.90 | | .90 | 136.68 |
| FIVE POINTS | 10/21/04 | PAYROLL RCPT | 342202 | 1.90 | | .00 | 140.58 |
| FIVE POINTS | 10/25/04 | COMM BUY | | | 6.99 | | 142.48 |
| FIVE POINTS | 10/25/04 | COMM BUY | | | | .00 | 142.49 |
| FIVE POINTS | 10/28/04 | PAYROLL RCPT | 342201 | 2.37 | | 1.12 | 137.86 |
| FIVE POINTS | 10/28/04 | PAYROLL RCPT | 342202 | 2.37 | | 1.12 | 140.23 |
| FIVE POINTS | 10/29/04 | PAYROLL RCPT | 342202 | | .25 | .00 | 140.23 |
| FIVE POINTS | 10/29/04 | COPIES (COPIES) | | | | 4.25 | 139.98 |

```
                        MONTHLY ENDING TOTALS             42.01    10.00   135.73    4.25
```

```
                        ENDING BALANCE AT FIVE POINTS                                139.98
```

```
        20% OF AVERAGE 6 MO SPENDABLE BALANCE      .95    20% OF AVERAGE 6 MO DEPOSIT AMT   4.25
```

```
        LAGGED PAYROLL, DAYS LAGGED - 15  AMOUNT LAGGED -   11.15
        THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY
```

| REASON | DATE IMPOSED | NOTES | ENCUMBRANCE BREAKDOWN TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CAS |
|---|---|---|---|---|---|---|---|
| GATE MONEY | 12/11/03 | AUTO GATE MONEY 99-1826 | 28.85 | 5.28 | 27.15 | 1.70 | |
| SURCHARGE | 11/22/00 | | 90.00 | 13.62 | 51.44 | 38.54 | |
| SURCHARGE | 11/22/00 | 1623-00 | 155.00 | 13.61 | 51.02 | 103.98 | |
| DISCIPLINARY TIER II | 12/04/00 | | 5.00 | .00 | .00 | 5.00 | |
| RESTITUTION | 12/06/00 | COAXIAL CABLE | 12.50 | .00 | .00 | 12.50 | WESTCHESTER NEW YORK |
| DISCIPLINARY TIER II | 12/11/00 | 12/26/00 | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 12/13/00 | | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 12/14/00 | | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 01/03/01 | 1/4/01 | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 01/19/01 | | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 01/31/01 | 3/22/01 | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 03/29/01 | 3/29/01 | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 04/10/01 | 5/31/01 | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 06/25/01 | 6/4/01 | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 06/25/01 | 1/4/01 | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 07/12/01 | 6/20/01 | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 07/13/01 | 7/9/01 | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 09/13/01 | HD 10/1/01 | 5.00 | .00 | 5.00 | .00 | |
| NYS COURTS FILING FEE | 10/12/01 | 32747 | 15.00 | .00 | .00 | 15.00 | |

```
                        CONTINUED
```

NY049015./D

INMATE ACCOUNTS
AUG 2 4 2005

STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
FIVE POINTS CORRECTIONAL FACILITY
INMATE STATEMENT FOR THE PERIOD 10/01/04 THRU 10/29/04

**NAME:MUHAMMAD JAMAL A**     **DEPT ID:00A6346**     **CELL LOC:10-A1-24B**     **NYSID:91065539L**

CONTINUATION

| REASON | DATE IMPOSED | NOTES | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CAS |
|---|---|---|---|---|---|---|---|
| DISCIPLINARY TIER II | 11/07/01 | INC 9:00AM | 5.00 | .00 | | 5.00 | |
| DISCIPLINARY TIER II | 11/07/01 | INC 5:00PM | 5.00 | .00 | | 5.00 | |
| NYS COURTS FILING FEE | 12/05/01 | 105201 | 15.00 | .00 | | 15.00 | |
| NYS COURTS FILING FEE | 12/05/01 | 105202 | 15.00 | .00 | | 15.00 | |
| NYS COURTS FILING FEE | 12/05/01 | 105203 | 15.00 | .00 | | 15.00 | |
| NYS COURTS FILING FEE | 12/05/01 | 105204 | 15.00 | .00 | | 15.00 | NY001805J/D |
| DISCIPLINARY TIER III | 01/07/02 | HD 12/19/01 | 5.00 | .00 | | 5.00 | NY001805J/D |
| DISCIPLINARY TIER III | 03/06/02 | HD 2/6/02 | 5.00 | .00 | | 5.00 | NY001805J/D |
| DISCIPLINARY TIER III | 03/06/02 | HD 2/27/02 | 5.00 | .00 | | 5.00 | NY001805J/D |
| NYS COURTS FILING FEE | 03/07/02 | 10335 | 15.00 | .00 | | 15.00 | |
| NYS COURTS FILING FEE | 03/11/02 | 35141 | 15.00 | .00 | | 15.00 | |
| NYS COURTS FILING FEE | 03/15/02 | 35161 | 150.00 | .00 | | 150.00 | NY049015J/D |
| FED FILE FEE USDCWDNY | 03/15/02 | 02CV1155CJS | 150.00 | .00 | | 150.00 | |
| FED FILE FEE USDCWDNY | 03/22/02 | 02CV6144CJS | 150.00 | .00 | | 150.00 | |
| NYS COURTS FILING FEE | 05/09/02 | 33310 | 15.00 | .00 | | 15.00 | |
| FED FILE FEE USDCWDNY | 07/19/02 | 02CV6356CJSFE | 150.00 | .00 | | 150.00 | |
| FED FILE FEE USDCWDNY | 07/23/02 | 10456 | 150.00 | .00 | | 150.00 | |
| NYS COURTS FILING FEE | 07/30/02 | 35135 | 15.00 | .00 | | 15.00 | NY001805J/D |
| DISCIPLINARY TIER III | 08/23/02 | HD 8/19/02 | 5.00 | .00 | | 5.00 | NY049015J/D |
| NYS COURTS FILING FEE | 09/04/02 | 106514 | 15.00 | .00 | | 15.00 | NY001805J/D |
| ID CARDS | 11/18/02 | 5 PTS ID | 2.00 | .00 | | 2.00 | |
| DISCIPLINARY TIER II | 12/13/02 | HD 12/03/02 | 5.00 | .00 | | 5.00 | |
| ID CARDS | 12/15/03 | PTS ID | 2.00 | .00 | | 2.00 | |
| NYS COURTS FILING FEE | 01/15/03 | 107078 | 15.00 | .00 | | 15.00 | NY001805J/D |
| FED FILE FEE USDCWDNY | 02/05/03 | 02CV6657 | 150.00 | .00 | | 150.00 | NY049015J/D |
| NYS COURTS FILING FEE | 03/26/03 | 34157 | 15.00 | .00 | | 15.00 | |
| DISCIPLINARY TIER II | 10/16/03 | HD 10/9/03 | 5.00 | .00 | | 5.00 | |
| DISCIPLINARY TIER II | 10/21/03 | HD 10/20/03 | 5.00 | .00 | | 5.00 | |
| FED FILE FEE USDCWDNY | 10/23/03 | 03CV6599CJS | 150.00 | .00 | | 150.00 | NY049015J/D |
| NYS COURTS FILING FEE | 05/06/04 | 35236 | 15.00 | .00 | 1.33 | 13.67 | NY049015J/D |
| DISCIPLINARY TIER II | 06/10/04 | HD 6/3/04 | 5.00 | .00 | 2.27 | 2.73 | |
| DISCIPLINARY TIER II | 07/08/04 | HD 6/29/04 | 5.00 | .00 | 2.50 | 2.50 | |

*  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.

```
************************************************************
*   STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES   *
*              FIVE POINTS CORRECTIONAL FACILITY            *
*      INMATE STATEMENT FOR THE PERIOD 10/30/04 THRU 11/30/04   *
************************************************************
* NAME:MUHAMMAD JAMAAL A   DEPT ID:00AA6346   CELL LOC:10-A1-24B   NYSID:9106559L *
************************************************************
```

| FACILITY | DATE | ----- TRANSACTION -----<br>(COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE<br>SPENDABLE |
|---|---|---|---|---|---|---|---|
| | | STARTING BALANCE AT FIVE POINTS | | | | 155.73 | 4.25 |
| | | BALANCE FORWARD | | | | 159.98 | |
| FIVE POINTS | 11/04/04 | PAYROLL RCPT | 342201 | 2.37 | | 1.12 | 5.50 |
| FIVE POINTS | 11/04/04 | PAYROLL RCPT | 342202 | 2.37 | | 1.00 | 6.37 |
| FIVE POINTS | 11/08/04 | COMM BUY | | | 4.25 | | 2.12 |
| FIVE POINTS | 11/10/04 | PAYROLL RCPT | 342201 | 2.37 | | 1.12 | 3.75 |
| FIVE POINTS | 11/10/04 | PAYROLL RCPT | 342202 | 2.37 | | 1.12 | 5.21 |
| FIVE POINTS | 11/12/04 | POSTAGE | | | .37 | .00 | 4.63 |
| FIVE POINTS | 11/18/04 | PAYROLL RCPT | 342201 | 1.90 | | .90 | 5.63 |
| FIVE POINTS | 11/18/04 | PAYROLL RCPT | 342202 | 1.90 | | .90 | 6.65 |
| FIVE POINTS | 11/22/04 | COMM BUY | | | 4.63 | | 2.00 |
| FIVE POINTS | 11/24/04 | PAYROLL RCPT | 342201 | 2.37 | | .96 | 3.41 |
| FIVE POINTS | 11/24/04 | PAYROLL RCPT | 342202 | 2.37 | | .94 | 4.84 |

|  | MONTHLY ENDING TOTALS | | | 18.02 | 9.25 | 143.91 | |

|  | ENDING BALANCE AT FIVE POINTS | | | | | 148.75 | 4.84 |

```
20%  OF AVERAGE 6 MO SPENDABLE BALANCE           .94    20%  OF AVERAGE 6 MO DEPOSIT AMT           5.32

                    LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -      11.15
                    THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY
```

| ---- REASON ---- | DATE IMPOSED | ---- NOTES ---- | ENCUMBRANCE BREAKDOWN | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CAS |
|---|---|---|---|---|---|---|---|---|
| GATE MONEY | 12/11/03 | AUTO GATE MONEY | | 28.85 | 3.24 | 56.70 | 35.30 | WESTCHESTER |
| SURCHARGE | 11/22/00 | 99-1826 | | 90.00 | .00 | 54.26 | 100.74 | NEW YORK |
| SURCHARGE | 11/22/00 | 1623-00 | | 155.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 12/04/00 | | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 12/16/00 | | | 5.00 | .00 | .00 | 5.00 | |
| RESTITUTION | 12/11/00 | COAXAL CABLE | | 12.50 | .00 | 12.50 | .00 | |
| DISCIPLINARY TIER II | 12/13/00 | | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 12/14/00 | | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 01/03/01 | 12/26/00 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 01/19/01 | 1/6/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 03/29/01 | 3/22/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 04/02/01 | 3/29/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 06/25/01 | 5/31/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 06/25/01 | 6/4/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 07/12/01 | 6/9/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 07/25/01 | 6/20/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 07/30/01 | 7/10/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 09/13/01 | HID 9/7/01 | | 5.00 | .00 | .00 | 5.00 | |
| NYS COURTS FILING FEE | 10/12/01 | 32747 | | 15.00 | .00 | .00 | 15.00 | |
| DISCIPLINARY TIER II | 11/07/01 | INC 9:00AM | | 5.00 | .00 | .00 | 5.00 | |

CONTINUED

NY0490015J/D

```
STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                    FIVE POINTS CORRECTIONAL FACILITY
         INMATE STATEMENT FOR THE PERIOD 10/30/04 THRU 11/30/04
```

**************************************************************************
* NAME:MUHAMMAD JAMAL A    DEPT ID:00A6346    CELL LOC:10-A1-24B    NYSID:9106539L *
**************************************************************************

CONTINUATION

| REASON | DATE IMPOSED | NOTES | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CAS |
|---|---|---|---|---|---|---|---|
| DISCIPLINARY TIER II | 11/07/01 | INC 5:00PM | 5.00 | .00 | .00 | 5.00 | |
| NYS COURTS FILING FEE | 12/05/01 | 105201 | 15.00 | .00 | .00 | 15.00 | NY001805J/D |
| NYS COURTS FILING FEE | 12/05/01 | 105202 | 15.00 | .00 | .00 | 15.00 | NY001805J/D |
| NYS COURTS FILING FEE | 12/05/01 | 105203 | 15.00 | .00 | .00 | 15.00 | NY001805J/D |
| NYS COURTS FILING FEE | 12/05/01 | 105204 | 15.00 | .00 | .00 | 15.00 | NY001805J/D |
| DISCIPLINARY TIER II | 01/07/02 | HD 12/19/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 02/27/02 | HD 2/6/02 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 03/06/02 | HD 2/27/02 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 03/06/02 | 33133 | 150.00 | .00 | .00 | 150.00 | |
| FED FILE FEE USDCSDNY | 03/07/02 | 10337 | 150.00 | .00 | .00 | 150.00 | |
| NYS COURTS FILING FEE | 03/11/02 | 33114 | 5.00 | .00 | .00 | 5.00 | NY049015J/D |
| NYS COURTS FILING FEE | 03/15/02 | 02CV3135CJS | 150.00 | .00 | .00 | 150.00 | |
| FED FILE FEE USDCWDNY | 03/22/02 | 02CV4144CJS | 150.00 | .00 | .00 | 150.00 | |
| NYS COURTS FILING FEE | 05/09/02 | 33310 | 15.00 | .00 | .00 | 15.00 | |
| FED FILE FEE USDCWDNY | 07/19/02 | 02CV6856CJSFE | 150.00 | .00 | .00 | 150.00 | |
| FED FILE FEE USDCWDNY | 07/23/02 | 306306 | 15.00 | .00 | .00 | 15.00 | |
| NYS COURTS FILING FEE | 07/29/02 | 33133 | 15.00 | .00 | .00 | 15.00 | NY049015J/D |
| DISCIPLINARY TIER III | 08/25/02 | HD 8/19/02 | 150.00 | .00 | .00 | 150.00 | |
| NYS COURTS FILING FEE | 09/04/02 | 106514 | 15.00 | .00 | .00 | 15.00 | |
| ID CARDS | 11/18/02 | 5 PTS ID | 2.00 | .00 | .00 | 2.00 | |
| DISCIPLINARY TIER II | 12/13/02 | HD 12/03/02 | 5.00 | .00 | .00 | 5.00 | NY001805J/D |
| ID CARDS | 12/27/02 | 5 PTS ID | 2.00 | .00 | .00 | 2.00 | |
| NYS COURTS FILING FEE | 01/15/03 | 107873 | 15.00 | .00 | .00 | 15.00 | |
| FED FILE FEE USDCWDNY | 02/05/03 | 02CV6657 | 150.00 | .00 | .00 | 150.00 | NY049015J/D |
| NYS COURTS FILING FEE | 03/26/03 | 34157 | 15.00 | .00 | .00 | 15.00 | |
| DISCIPLINARY TIER II | 10/16/03 | HD 10/9/03 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 10/21/03 | HD 10/20/03 | 150.00 | .00 | .00 | 150.00 | NY049015J/D |
| FED FILE FEE USDCWDNY | 02/06/04 | 33CV6599CJS | 15.00 | .00 | .00 | 15.00 | |
| NYS COURTS FILING FEE | 04/14/04 | 35531 | 15.00 | .00 | .00 | 15.00 | |
| DISCIPLINARY TIER II | 06/10/04 | HD 6/3/04 | 5.00 | .00 | 1.35 | 13.77 | NY049015J/D |
| DISCIPLINARY TIER II | 07/08/04 | HD 6/29/04 | 5.00 | .00 | 2.50 | 2.50 | |
```

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.

```
***********************************************************************
*                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES        *
*                              FIVE POINTS CORRECTIONAL FACILITY                   *
*                    INMATE STATEMENT FOR THE PERIOD 12/01/04 THRU 12/31/04        *
*                                                                                  *
*  NAME:MUHAMMAD JAMAAL A      DEPT ID:00A6346    CELL LOC:10-A1-24B   NYSID:9106539L  *
***********************************************************************
```

| FACILITY | DATE | TRANSACTION (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
| | | STARTING BALANCE AT FIVE POINTS | | | | 143.91 | 4.84 | 148.75 |
| | | BALANCE FORWARD | | | | | | 148.75 |
| FIVE POINTS | 12/02/04 | PAYROLL RCPT | 342201 | 1.90 | | .76 | 5.98 | 150.65 |
| FIVE POINTS | 12/02/04 | PAYROLL RCPT | 342202 | 1.90 | | .76 | 7.12 | 152.55 |
| FIVE POINTS | 12/06/04 | COMM BUY | | | 4.20 | | .00 | 148.35 |
| FIVE POINTS | 12/09/04 | PAYROLL RCPT | 342201 | 2.37 | | .94 | 4.35 | 150.72 |
| FIVE POINTS | 12/09/04 | PAYROLL RCPT | 342202 | 2.37 | | .94 | 5.78 | 153.09 |
| FIVE POINTS | 12/09/04 | POSTAGE | | | 5.15 | | .63 | 147.94 |
| FIVE POINTS | 12/15/04 | POSTAGE | | | | | | |
| FIVE POINTS | 12/16/04 | PAYROLL RCPT | 342201 | 2.37 | | .94 | 2.06 | 150.31 |
| FIVE POINTS | 12/16/04 | PAYROLL RCPT | 342202 | 2.37 | | .94 | 3.49 | 152.68 |
| FIVE POINTS | 12/23/04 | POSTAGE | | | .37 | .94 | 4.55 | 152.31 |
| FIVE POINTS | 12/23/04 | PAYROLL RCPT | 342201 | 2.37 | | .94 | 4.55 | 154.68 |
| FIVE POINTS | 12/23/04 | PAYROLL RCPT | 500111 | .00 | | .00 | 4.18 | 154.31 |
| FIVE POINTS | 12/29/04 | POSTAGE | | | .37 | | | |
| FIVE POINTS | 12/30/04 | POSTAGE | 342201 | 2.37 | | .94 | 5.61 | 156.68 |
| FIVE POINTS | 12/30/04 | PAYROLL RCPT | 500111 | 2.37 | | .94 | 7.04 | 156.31 |
| FIVE POINTS | 12/30/04 | PAYROLL RCPT | | | | .94 | 7.04 | 159.05 |

```
                    MONTHLY ENDING TOTALS              20.59        10.09      152.01

                    ENDING BALANCE AT FIVE POINTS                              7.04          159.05

20% OF AVERAGE 6 MO SPENDABLE BALANCE      1.01    20% OF AVERAGE 6 MO DEPOSIT AMT       7.04

LAGGED PAYROLL, DAYS LAGGED - 15  AMOUNT LAGGED -  11.15
THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY
```

---- ENCUMBRANCE BREAKDOWN ----

| ---- REASON ---- | DATE IMPOSED | ---- NOTES ---- | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CAS |
|---|---|---|---|---|---|---|---|
| GATE MONEY | 12/11/03 | AUTO GATE MONEY | 28.85 | .00 | 28.85 | .00 | |
| SURCHARGE | 11/22/00 | 99-1826 | 90.00 | 4.05 | 58.75 | 31.25 | WESTCHESTER |
| SURCHARGE | | 1623-00 | 155.00 | 4.05 | 58.01 | 96.69 | NEW YORK |
| DISCIPLINARY TIER II | 12/04/00 | | .00 | .00 | .00 | .00 | |
| DISCIPLINARY TIER II | 12/06/00 | | .00 | .00 | .00 | .00 | |
| RESTITUTION | 12/11/00 | COAXIAL CABLE | 12.50 | .00 | .00 | 12.50 | |
| DISCIPLINARY TIER III | 12/13/00 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 12/14/00 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 12/26/00 | 12/26/00 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 1/4/00 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 1/19/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 3/22/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 3/29/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 4/10/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 5/31/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 6/4/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 6/25/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 6/25/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 6/29/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 6/20/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 7/10/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 7/12/01 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 7/30/01 | | 5.00 | .00 | .00 | 5.00 | |

CONTINUED

```
****************************************************************
*                                                              *
*   STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES      *
*              FIVE POINTS CORRECTIONAL FACILITY               *
*   INMATE STATEMENT FOR THE PERIOD 12/01/04 THRU 12/31/04     *
*                                                              *
*  NAME:MUHAMMAD JAMAL A   DEPT ID:00A6346   CELL LOC:10-A1-24B   NYSID:9106539L  *
*                                                              *
****************************************************************
```

CONTINUATION

| ---- REASON ---- | DATE IMPOSED | --- NOTES --- | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CAS |
|---|---|---|---|---|---|---|---|
| DISCIPLINARY TIER III | 09/13/01 | HD 9/7/01 | 5.00 | .00 | .00 | 5.00 | NY049015J/D |
| NYS COURTS FILING FEE | 10/12/01 | 32747 | 15.00 | .00 | .00 | 15.00 | NY001805J/D |
| DISCIPLINARY TIER II | 11/07/01 | INC 9:00AM | 5.00 | .00 | .00 | 5.00 | NY001805J/D |
| DISCIPLINARY TIER II | 11/07/01 | INC 5:00PM | 5.00 | .00 | .00 | 5.00 | NY001805J/D |
| NYS COURTS FILING FEE | 12/05/01 | 105201 | 15.00 | .00 | .00 | 15.00 | NY001805J/D |
| NYS COURTS FILING FEE | 12/05/01 | 105202 | 15.00 | .00 | .00 | 15.00 | |
| NYS COURTS FILING FEE | 12/05/01 | 105203 | 15.00 | .00 | .00 | 15.00 | |
| NYS COURTS FILING FEE | 12/05/01 | 105204 | 15.00 | .00 | .00 | 15.00 | |
| DISCIPLINARY TIER II | 12/19/01 | HD 12/19/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 01/07/02 | HD 2/27/02 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 03/06/02 | HD 2/27/02 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 03/07/02 | 10357 | 5.00 | .00 | .00 | 5.00 | |
| FED FILE FEE USDCSDNY | 03/07/02 | 33141 | 150.00 | .00 | .00 | 150.00 | NY049015J/D |
| NYS COURTS FILING FEE | 03/11/02 | 33141 | 15.00 | .00 | .00 | 15.00 | |
| FED FILE FEE USDCWDNY | 03/15/02 | 02CV3135CJS | 150.00 | .00 | .00 | 150.00 | NY049015J/D |
| NYS COURTS FILING FEE | 03/22/02 | 02CV6144CJS | 150.00 | .00 | .00 | 150.00 | |
| FED FILE FEE USDCWDNY | 05/09/02 | 33310 | 150.00 | .00 | .00 | 150.00 | |
| FED FILE FEE USDCWDNY | 07/19/02 | 02CV6356CJSFE | 150.00 | .00 | .00 | 150.00 | NY049015J/D |
| NYS COURTS FILING FEE | 07/23/02 | 106506 | 15.00 | .00 | .00 | 15.00 | |
| NYS COURTS FILING FEE | 07/25/02 | 33133 | 15.00 | .00 | .00 | 15.00 | |
| DISCIPLINARY TIER III | 07/30/02 | HD 8/19/02 | 5.00 | .00 | .00 | 5.00 | NY001805J/D |
| DISCIPLINARY TIER III | 08/23/02 | 106514 | 5.00 | .00 | .00 | 5.00 | NY049015J/D |
| NYS COURTS FILING FEE | 11/04/02 | 5 PTS ID | 5.00 | .00 | .00 | 5.00 | NY001805J/D |
| ID CARDS | 11/19/02 | HD 12/03/02 | 2.00 | .00 | .00 | 2.00 | |
| DISCIPLINARY TIER II | 12/13/02 | 5 PTS ID | 5.00 | .00 | .00 | 5.00 | NY001805J/D |
| ID CARDS | 12/27/02 | 107078 | 2.00 | .00 | .00 | 2.00 | |
| DISCIPLINARY TIER II | 01/15/03 | 02CV6657 | 5.00 | .00 | .00 | 5.00 | NY001805J/D |
| NYS COURTS FILING FEE | 02/03/03 | 34150 | 15.00 | .00 | .00 | 15.00 | NY049015J/D |
| FED FILE FEE USDCWDNY | 05/26/03 | HD 10/9/03 | 150.00 | .00 | .00 | 150.00 | NY049015J/D |
| NYS COURTS FILING FEE | 10/21/03 | HD 10/20/03 | 15.00 | .00 | .00 | 15.00 | |
| DISCIPLINARY TIER II | 12/08/03 | 03CV6599CJS | 5.00 | .00 | 1.00 | 150.00 | |
| NYS COURTS FILING FEE | 04/16/04 | 35231 | 150.00 | .00 | 1.33 | 13.67 | NY049015J/D |
| DISCIPLINARY TIER II | 06/10/04 | HD 6/3/04 | 5.00 | .00 | 2.27 | 2.73 | |
| DISCIPLINARY TIER II | 07/08/04 | HD 6/29/04 | 5.00 | .00 | 2.50 | 2.50 | |

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                         FIVE POINTS
                          CORRECTIONAL FACILITY
                    INMATE STATEMENT FOR THE PERIOD 01/01/05 THRU 01/31/05
*****************************************************************************************
**                                                                                    **
**  NAME:MUHAMMAD JAMAL A          DEPT ID:00A6346     CELL LOC:10-A1-24B  NYSID:91065539L **
**                                                                                    **
*****************************************************************************************
```

| FACILITY | DATE | TRANSACTION (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
| | | STARTING BALANCE AT FIVE POINTS | | | | 152.01 | 7.04 | 159.05 |
| | | BALANCE FORWARD | | | | | | |
| FIVE POINTS | 01/03/05 | COMM BUY | | | 4.18 | .00 | 2.86 | 154.87 |
| FIVE POINTS | 01/06/05 | PAYROLL RCPT | 342201 | 2.37 | | .94 | 4.29 | 157.24 |
| FIVE POINTS | 01/06/05 | PAYROLL RCPT | 500111 | 2.37 | | .94 | 5.19 | 158.18 |
| FIVE POINTS | 01/10/05 | POSTAGE | | | .37 | .00 | 5.55 | 159.24 |
| FIVE POINTS | 01/12/05 | COPIES      CFOIL | | | .25 | .00 | 5.35 | 159.24 |
| FIVE POINTS | 01/13/05 | PAYROLL RCPT | 342201 | 2.37 | | .94 | 6.53 | 161.36 |
| FIVE POINTS | 01/13/05 | PAYROLL RCPT | 500111 | 2.37 | | .94 | 7.96 | 160.99 |
| FIVE POINTS | 01/18/05 | COMM BUY | | | 5.10 | | 2.86 | 163.73 |
| FIVE POINTS | 01/18/05 | POSTAGE | | | .37 | | 2.49 | 158.63 |
| FIVE POINTS | 01/20/05 | PAYROLL RCPT | | | | .94 | 2.12 | 157.89 |
| FIVE POINTS | 01/20/05 | PAYROLL RCPT | | 2.37 | | .94 | 3.55 | 158.26 |
| FIVE POINTS | 01/25/05 | MAIL RECEIPT | A55054 | 18.68 | | 18.68 | 4.98 | 160.26 |
| FIVE POINTS | 01/25/05 | PAYROLL RCPT | A55201 | 1.20 | | .76 | 6.18 | 162.63 |
| FIVE POINTS | 01/27/05 | PAYROLL RCPT | 342201 | 1.97 | | .76 | 6.12 | 181.31 |
| FIVE POINTS | 01/27/05 | PAYROLL RCPT | 500111 | | | .01 | 6.41 | 183.21 |
| FIVE POINTS | 01/31/05 | COMM BUY | | | 3.40 | | 3.01 | 182.68 |
| FIVE POINTS | 01/31/05 | POSTAGE | | | .60 | | 2.41 | 180.68 |
| FIVE POINTS | 01/31/05 | POSTAGE | | | .37 | | 2.04 | 179.68 |
| FIVE POINTS | 01/31/05 | POSTAGE | | | | .00 | 2.04 | 179.31 |

```
                MONTHLY ENDING TOTALS                  35.27    15.01   177.27          177.27
```

```
                ENDING BALANCE AT FIVE POINTS                                2.04          179.31

        20%  OF AVERAGE 6 MO SPENDABLE BALANCE        .85    20%  OF AVERAGE 6 MO DEPOSIT AMT     5.91

        LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -   11.15
        THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY
```

----- ENCUMBRANCE BREAKDOWN -----

| ---- REASON ---- | DATE IMPOSED | ---- NOTES ---- | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CAS |
|---|---|---|---|---|---|---|---|
| GATE MONEY | 12/11/03 | AUTO GATE MONEY | 28.85 | 12.63 | 28.85 | .00 | |
| SURCHARGE | 11/22/00 | 99-1826 | 90.00 | | 71.38 | 18.62 | WESTCHESTER |
| SURCHARGE | 11/22/00 | 1623-00 | 155.00 | 12.63 | 70.94 | 84.06 | NEW YORK |
| DISCIPLINARY TIER II | 12/04/00 | | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER II | 12/06/00 | | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER II | 12/11/00 | | 12.50 | .00 | 12.50 | .00 | |
| RESTITUTION | | COAXAL CABLE | 12.50 | .00 | 12.50 | .00 | |
| DISCIPLINARY TIER III | 12/13/00 | | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER II | 12/14/00 | 12/26/00 | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER II | 01/03/01 | 1/4/01 | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 01/19/01 | | 5.00 | .00 | 5.00 | .00 | |
| DISCIPLINARY TIER III | 03/22/01 | 3/22/01 | 5.00 | .00 | 18.62 | .00 | |
| DISCIPLINARY TIER III | 03/29/01 | 3/29/01 | 5.00 | .00 | .00 | .00 | |
| DISCIPLINARY TIER III | 04/10/01 | | 5.00 | .00 | .00 | .00 | |
| DISCIPLINARY TIER III | 06/25/01 | 5/31/01 | 5.00 | .00 | .00 | .00 | |

```
                CONTINUED
```

STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
FIVE POINTS CORRECTIONAL FACILITY
INMATE STATEMENT FOR THE PERIOD 01/01/05 THRU 01/31/05

***********************************************************************

NAME: MUHAMMAD JAMAL A          DEPT ID:00A6346          CELL LOC:10-A1-24B          NYSID:91065539L

***********************************************************************

CONTINUATION

| REASON | DATE IMPOSED | NOTES | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CAS |
|---|---|---|---|---|---|---|---|
| DISCIPLINARY TIER II | 06/25/01 | 6/4/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 06/25/01 | 6/9/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 07/12/01 | 6/20/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 07/30/01 | 7/10/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 09/13/01 | 9/7/01 | 5.00 | .00 | .00 | 5.00 | |
| NYS COURTS FILING FEE | 10/12/01 | 32747 | 15.00 | .00 | .00 | 15.00 | NY049015J/D |
| DISCIPLINARY TIER II | 11/07/01 | INC 9:00AM | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 11/07/01 | INC 5:00PM | 5.00 | .00 | .00 | 5.00 | |
| NYS COURTS FILING FEE | 12/05/01 | 105201 | 15.00 | .00 | .00 | 15.00 | NY001805J/D |
| NYS COURTS FILING FEE | 12/05/01 | 105202 | 15.00 | .00 | .00 | 15.00 | NY001805J/D |
| NYS COURTS FILING FEE | 12/05/01 | 105203 | 15.00 | .00 | .00 | 15.00 | NY001805J/D |
| NYS COURTS FILING FEE | 12/05/01 | 105204 | 15.00 | .00 | .00 | 15.00 | NY001805J/D |
| DISCIPLINARY TIER III | 01/07/02 | HD 12/19/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 03/06/02 | HD 2/6/02 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 03/07/02 | HD3/27/02 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 03/07/02 | 1033 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 03/11/02 | 33141 | 5.00 | .00 | .00 | 5.00 | |
| NYS COURTS FILING FEE | 03/15/02 | 02CV3135CJS | 150.00 | .00 | .00 | 150.00 | NY049015J/D |
| FED FILE FEE USDCWDNY | 03/22/02 | 33310 | 150.00 | .00 | .00 | 150.00 | |
| NYS COURTS FILING FEE | 05/09/02 | 33310 | 15.00 | .00 | .00 | 15.00 | |
| FED FILE FEE USDCWDNY | 07/23/02 | 02CV6456C/SFE | 150.00 | .00 | .00 | 150.00 | |
| NYS COURTS FILING FEE | 07/23/02 | 114636 | 15.00 | .00 | .00 | 15.00 | |
| NYS COURTS FILING FEE | 07/30/02 | 33135 | 15.00 | .00 | .00 | 15.00 | |
| DISCIPLINARY TIER III | 08/23/02 | HD 8/19/02 | 5.00 | .00 | .00 | 5.00 | |
| NYS COURTS FILING FEE | 09/04/02 | 106514 | 15.00 | .00 | .00 | 15.00 | NY001805J/D |
| ID CARDS | 11/18/02 | 5 PTS ID | 2.00 | .00 | .00 | 2.00 | |
| DISCIPLINARY TIER II | 12/27/02 | HD 12/05/02 | 5.00 | .00 | .00 | 5.00 | |
| ID CARDS | 12/27/02 | 5 PTS ID | 2.00 | .00 | .00 | 2.00 | |
| NYS COURTS FILING FEE | 01/15/03 | 107078 | 15.00 | .00 | .00 | 15.00 | NY049015J/D |
| FED FILE FEE USDCWDNY | 02/03/03 | 02CV6657 | 150.00 | .00 | .00 | 150.00 | NY049015J/D |
| NYS COURTS FILING FEE | 03/26/03 | 34157 | 15.00 | .00 | .00 | 15.00 | NY049015J/D |
| DISCIPLINARY TIER II | 10/16/03 | HD 10/9/03 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 12/23/03 | HD 10/9/03 | 5.00 | .00 | .00 | 5.00 | |
| FED FILE FEE USDCWDNY | 12/23/03 | HD 10/20/03 | 150.00 | .00 | 1.33 | 150.67 | NY001805J/D |
| NYS COURTS FILING FEE | 06/10/04 | 03CV1599CJS | 5.00 | .00 | .00 | 5.00 | NY049015J/D |
| DISCIPLINARY TIER II | 06/10/04 | HD 6/3/04 | 15.00 | .00 | 2.27 | 2.73 | |
| DISCIPLINARY TIER II | 07/08/04 | HD 6/29/04 | 5.00 | .00 | 2.50 | 2.50 | |

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                      FIVE POINTS
                                 CORRECTIONAL FACILITY
                   INMATE STATEMENT FOR THE PERIOD 02/01/05 THRU 02/28/05
**************************************************************************
* *                                                                  * *
* *                                                                  * *
NAME:MUHAMMAD JAMAL A     DEPT ID:00A6346    CELL LOC:1D-A1-24B   NYSID:91065539L
* *                                                                  * *
**************************************************************************
```

| FACILITY | DATE | TRANSACTION (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE |
|---|---|---|---|---|---|---|---|
| | | STARTING BALANCE AT FIVE POINTS | | | | | |
| | | BALANCE FORWARD | | | | | 2.04 |
| FIVE POINTS | 02/03/05 | TIME DEPOSIT INT | A10200 | .04 | | .04 | 2.04 |
| FIVE POINTS | 02/03/05 | PAYROLL RCPT | 362201 | 2.37 | | .94 | 3.47 |
| FIVE POINTS | 02/03/05 | PAYROLL RCPT | 500111 | .00 | | .00 | 3.47 |
| FIVE POINTS | 02/08/05 | POSTAGE | | | .37 | | 3.10 |
| FIVE POINTS | 02/10/05 | PAYROLL RCPT | 042000 | 1.13 | | .45 | 5.21 |
| FIVE POINTS | 02/10/05 | PAYROLL RCPT | 342201 | 2.37 | | .94 | 5.78 |
| FIVE POINTS | 02/15/05 | COMM BUY | | | 5.21 | | .00 |
| FIVE POINTS | 02/17/05 | PAYROLL RCPT | 042000 | 1.13 | | .45 | .68 |
| FIVE POINTS | 02/17/05 | PAYROLL RCPT | 342201 | 2.37 | | .94 | 1.62 |
| FIVE POINTS | 02/24/05 | PAYROLL RCPT | 342201 | 2.37 | | .94 | 4.97 |
| FIVE POINTS | 02/24/05 | PAYROLL RCPT | 342202 | .94 | | .94 | 4.97 |

| | | | RECEIPT(+) | DISBURS(-) | COLLECTED AMT |
|---|---|---|---|---|---|
| MONTHLY ENDING TOTALS | | | 14.15 | 5.58 | 182.91 |
| | ENDING BALANCE AT FIVE POINTS | | | | 177.27 |

```
20%  OF AVERAGE 6 MO SPENDABLE BALANCE      .93   20%  OF AVERAGE 6 MO DEPOSIT AMT
```

| | STATEWIDE ACCT BAL | STATEWIDE SPENDABLE |
|---|---|---|
| | 187.88 | 4.97 |

```
LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    11.15
THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY
```

| | | | | | 187.88 | 187.88 |
|---|---|---|---|---|---|---|

| ---- REASON ---- | DATE IMPOSED | ---- NOTES ---- | ENCUMBRANCE BREAKDOWN | | | | |
|---|---|---|---|---|---|---|---|
| | | | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CAS |
| GATE MONEY | 12/21/05 | AUTO GATE MONEY | 90.00 | .00 | 74.21 | 15.79 | |
| SURCHARGE | 11/22/00 | 99-1826 | 155.00 | 2.83 | 73.75 | 81.25 | WESTCHESTER NEW YORK |
| SURCHARGE | 11/22/00 | 1623-00 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 12/04/00 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER III | 12/06/00 | | 12.50 | .00 | .00 | 12.50 | |
| DISCIPLINARY TIER III | 12/11/00 | COAXAL CABLE | 12.50 | .00 | .00 | 12.50 | |
| DISCIPLINARY TIER III | 12/13/00 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 12/14/00 | | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 01/03/01 | 12/26/00 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 01/19/01 | 1/4/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 03/29/01 | 3/27/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 04/10/01 | 3/27/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 06/25/01 | 5/31/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 06/25/01 | 6/4/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 07/12/01 | 6/29/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 07/12/01 | 6/20/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 07/30/01 | 7/10/01 | 5.00 | .00 | .00 | 5.00 | |
| DISCIPLINARY TIER II | 09/13/01 | HID 9/7/01 | 15.00 | .00 | .00 | 15.00 | |
| NYS COURTS FILING FEE | 10/12/01 | 32747 | 15.00 | .00 | .00 | 15.00 | NY049015J/D |
| DISCIPLINARY TIER II | 11/07/01 | INC 9:00AM | 5.00 | .00 | .00 | 5.00 | |

CONTINUED

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                    FIVE POINTS CORRECTIONAL FACILITY
                            INMATE STATEMENT FOR THE PERIOD 02/01/05 THRU 02/28/05
*********************************************************************************
*                                                                              *
*   NAME:MUHAMMAD JAMAL A          DEPT ID:00A6346        CELL LOC:10-A1-24J   NYSID:9106559L   *
*                                                                              *
*********************************************************************************

                    CONTINUATION

---- REASON ----      DATE IMPOSED    --- NOTES ---    TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CAS
DISCIPLINARY TIER II    11/07/01      INC 5:00PM           5.00       .00          .00          5.00
NYS COURTS FILING FEE   12/05/01      105201              15.00       .00          .00         15.00     NYO01805LJ/D
NYS COURTS FILING FEE   12/05/01      105502              15.00       .00          .00         15.00     NYO01805LJ/D
NYS COURTS FILING FEE   12/05/01      105204              15.00       .00          .00         15.00     NYO01805LJ/D
DISCIPLINARY TIER III   01/07/02      HD 12/19/01          5.00       .00          .00          5.00
DISCIPLINARY TIER III   03/06/02      HD 2/26/02           5.00       .00          .00          5.00
DISCIPLINARY TIER II    03/06/02      HD 2/27/02           5.00       .00          .00          5.00
FED FILE FEE USDCSDNY   03/07/02      10337              150.00       .00          .00        150.00     NYO49015J/D
NYS COURTS FILING FEE   03/11/02      33141               15.00       .00          .00         15.00
FED FILE FEE USDCWDNY   03/15/02      02CV3135C.JS       150.00       .00          .00        150.00
FED FILE FEE USDCWDNY   03/22/02      02CV6144CJS        150.00       .00          .00        150.00
NYS COURTS FILING FEE   05/09/02      33310               15.00       .00          .00         15.00
FED FILE FEE USDCWDNY   07/19/02      02CV63656CJSFE     150.00       .00          .00        150.00
NYS COURTS FILING FEE   07/23/02      106306              15.00       .00          .00         15.00
NYS COURTS FILING FEE   07/29/02      31135               15.00       .00          .00         15.00
DISCIPLINARY TIER III   08/23/02      HD 8/19/02           5.00       .00          .00          5.00
NYS COURTS FILING FEE   09/04/02      106514              15.00       .00          .00         15.00
DISCIPLINARY TIER II    11/18/02      5 PTS ID             2.00       .00          .00          2.00
ID CARDS                12/13/02      HD 12/03/02          2.00       .00          .00          2.00
DISCIPLINARY TIER II    12/17/02      5 PTS ID             2.00       .00          .00          2.00
ID CARDS                01/15/03      107037               2.00       .00          .00          2.00
NYS COURTS FILING FEE   02/05/03      02CV6457            15.00       .00          .00         15.00
FED FILE FEE USDCWDNY   03/26/03      34197              150.00       .00          .00        150.00     NYO49015J/D
DISCIPLINARY TIER II    10/16/03      HD 10/29/03          5.00       .00          .00          5.00
DISCIPLINARY TIER II    10/21/03      HD 10/20/03          5.00       .00          .00          5.00
FED FILE FEE USDCWDNY   02/08/03      03CV6599CJS        150.00       .00          .00        150.00     NYO49015J/D
NYS COURTS FILING FEE   04/04/05      35231               15.00       .00          .00         15.00
DISCIPLINARY TIER II    06/10/04      HD 6/3/04            5.00       .00         1.33         13.67     NYO49015J/D
DISCIPLINARY TIER II    07/08/04      HD 6/29/04           5.00       .00         2.27         13.73
                                                                                 2.50          2.50

*  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                        STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                          FIVE POINTS
                                   CORRECTIONAL FACILITY
                        INMATE STATEMENT FOR THE PERIOD 03/01/05 THRU 03/31/05
**********************************************************************************
*                                                                              *
*                                                                              *
*   NAME:MUHAMMAD JAMAL A        DEPT ID:00A6346    CELL LOC: - -    NYSID:91065539L  *
*                                                                              *
**********************************************************************************

FACILITY

         DATE     ---- TRANSACTION ----    TR-NUM    RECEIPT(+)   DISBURS(-)   COLLECTED AMT   STATEWIDE    STATEWIDE
                       (COMMENTS)                                                             SPENDABLE    ACCT BAL
                  STARTING BALANCE AT FIVE POINTS                                  182.91                   182.91
                  BALANCE FORWARD                                                                           187.88
                                                                                                           187.88

FIVE POINTS   03/01/05  COMM BUY                                       4.97                      6.64        182.91
FIVE POINTS   03/03/05  PAYR-EXIT FAC                                            .00             .00         189.55
FIVE POINTS   03/03/05  LAGGED PAYRL         342201      6.64                   2.66            3.98         200.70
FIVE POINTS   03/03/05  DEL ENC-GATE (2003-12-11)       11.15                  28.85           15.13        200.70
FIVE POINTS   03/03/05  PAY ENC-GATE (2003-12-11)                              75.54-          43.98        110.70
FIVE POINTS   03/03/05  PAY ENC-SURCH1599-1826 )                  90.00        29.52          110.70
FIVE POINTS   03/03/05  PAY ENC-SURCH1623-00   )                  70.70        75.08-          33.90         40.00
FIVE POINTS   03/03/05  CLSE ACCT                                  40.00                       6.10-          .00

                  MONTHLY ENDING TOTALS                 17.79                  205.67            .00          .00

         20% OF AVERAGE 6 MO SPENDABLE BALANCE      .77   20% OF AVERAGE 6 MO DEPOSIT AMT    4.92

                                LAG PAYROLL HAS BEEN DEPOSITED TO THE ACCT BALANCE

                                INMATE HAS BEEN RELEASED, REASON - M RELEASED

    *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

05-1625

date sent. 8-19-05
p. 1 of 1.

To: Inmate Finance Record Officer,
Buffalo Federal Detention Facility

Respectfully

I'm writing to inform you that I need a <u>certified</u> copy of my prison trust fund account statement (or institutional equivalent), <u>including the supporting ledger sheets</u>, for the <u>six-month period</u> immediately proceeding the filing of this complaint"

Therefore from March 3, 2005 up until April 29, 2005. I'll need you to forward me ~~the~~ the above information upon receipt of this letter

Thank You So Very Much

Respectfully Submitted

Mr. Jamaal Aki #237-427

← then # 014032055

CC.
Inmate Finance
Record Officer
(BFDF)-1
Courts-1
Self-2